UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23419-CIV-O'SULLIVAN

[CONSENT]

JOSE A. CONCEPCION-VEGA,

      Plaintiff,

v.

CAROLYN COLVIN, Acting
Commissioner of Social Security
Administration,

      Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and in accordance with the summary judgment Order entered by this Court, final judgment is hereby entered in favor of the defendant, CAROLYN COLVIN, and against the plaintiff JOSE A. CONCEPCION-VEGA.

The Clerk of the Court is hereby directed to mark this case CLOSED.

DONE AND ORDERED in Chambers this **5th** day of September, 2013

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All Counsel of Record